IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALFREDO GONZALEZ,<br><br>  Plaintiff,<br>v.<br><br>WELLS FARGO BANK, N.A.; AMERICA'S SERVICING COMPANY; MERIDIAS CAPITAL, INC.; U.S. BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ALLISON KEACH; LORI KING; eTITLE INSURANCE AGENCY; LAURA ANN HUFF; JACOB HUFF; and DOES 1-50,<br><br>  Defendants. | **MEMORANDUM DECISION AND ORDER DISMISSING REMAINING DEFENDANTS AND CLOSING THE CASE**<br><br>Case No. 2:12-cv-00286-DN<br><br>District Judge David Nuffer |

In March 2012, Plaintiff Gonzalez filed a complaint[1] in the Third Judicial District Court, State of Utah alleging six (6) causes of action against the Defendants. On March 23, 2012, Defendants filed a notice of removal.[2] As of January 7, 2014, Defendants Meridias Capital Inc., Allison Keach, Lori King, eTitle Insurance Agency, and Does 1-50 have not been served. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff is required to serve the summons and complaint upon the defendant within 120 days after filing the complaint.[3] However, "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."[4] Otherwise, the court "must dismiss the action without

---

[1] Docket no. 2-1, filed March 23, 2012.

[2] Docket no. 2, filed March 23, 2012.

[3] Fed. R. Civ. P. 4(m).

[4] *Id*.

prejudice against that [unserved] defendant or order that service be made within a specified time."[5]

This Court ordered Plaintiff to show cause why Defendants Meridias Capital Inc., Allison Keach, Lori King, eTitle Insurance Agency, and Does 1-50 have not been served.[6] Plaintiff's response to that order does not attempt to make such a showing.[7] Therefore, Defendants Capital Inc., Allison Keach, Lori King, eTitle Insurance Agency, and Does 1-50 are dismissed without prejudice.

Defendants Wells Fargo Bank, N.A.; America's Servicing Company; U.S. Bank, N.A.; Mortgage Electronic Registration Systems, Inc.; and Jacob Huff and Laura Ann Huff were previously dismissed from the case.[8] There are no defendants remaining and the case is ready to be closed.

## ORDER

IT IS HEREBY ORDERED that Defendants Meridias Capital Inc., Allison Keach, Lori King, eTitle Insurance Agency, and Does 1-50 are DISMISSED without prejudice. The Clerk of the Court is instructed to close the case.

Signed January 7, 2014.

BY THE COURT

_____
District Judge David Nuffer

---

[5] *Id*.

[6] Order to Show Cause, docket no. 28, filed June 24, 2013.

[7] Response to Order to Show Cause, docket no. 31, filed July 17, 2013.

[8] Memorandum Decision and Order Granting Motion to Dismiss for Failure to State a Claim, docket no. 27, filed June 6, 2013.